IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: }

Ira Clifton } Case No: 13-30047-DHW
SSN: xxx-xx-7047
Winnie Clayton Clifton  Chapter: 13
SSN: xxx-xx-6395
}
    Debtors }

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ABFC 2005-WF1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2005-WF1

    Comes now, WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ABFC 2005-WF1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2005-WF1, by and through its undersigned counsel of record, Sirote & Permutt, P.C., and withdraws its Motion for Relief from Automatic Stay previously filed in the above-referenced bankruptcy action on March 24, 2017.

                              Respectfully submitted

                              /s/ Stephen Bulgarella
                              Stephen Bulgarella (BUL-021) SB
                              Enslen Crowe (CRO-098)
                              Diane C. Murray (MUR-048)
                              Donald M. Wright (WRI-021)
                              Attorney for Creditor

OF COUNSEL:
Stephen Bulgarella
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-918-5083 / Fax: 205-212-2874
sbulgarella@sirote.com

# CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing pleading was mailed, first class postage prepaid to the following:

Ira Clifton
Winnie Clayton Clifton
303 Geary Drive
Montgomery, AL 36108

and served via electronic case management to:

Richard D Shinbaum
P.O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

On this the 24th day of May, 2017

/s/ Stephen Bulgarella
OF COUNSEL